UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-9489-JFW (JCx)**                                         Date:  February 22, 2017

Title:   Robert McCarthy -v- B.K.Y.K.-II, Inc. et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                       None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of January 25, 2017, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for March 6, 2017, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-88 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.